[Civ. No. 645.   First Appellate District.—November 10, 1909.]

SAN FRANCISCO SULPHUR COMPANY, a Corporation, Respondent, v. AETNA INDEMNITY COMPANY, Appellant (Superior Court No. 11).

Action on Undertaking to Discharge Attachment — Variance — Bankruptcy of Debtor—Stipulated Judgment.—In pursuance of stipulation, the judgment and order are affirmed on the authority of *San Francisco Sulphur Co.* v. *Aetna Indemnity Co., ante,* p. 695.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco, and from an order denying a new trial.   George H. Buck, Judge presiding.

The facts are shown by the stipulation recited in the opinion of the court.

Geo. F. Hatton, H. F. Peart, and Franklin P. Nutting, for Appellant.

Wm. J. Herrin, for Respondent.

KERRIGAN, J.—In the above-entitled cause it has been stipulated by the respective parties that the matters to be determined by this court are identical with the matters to be determined in the cause bearing the same title but numbered in the trial court No. 3619, *ante,* p. 695, [106 Pac. 111], and that the judgment of this court may be the same in both cases. In the case numbered in the trial court No. 3619 we have this day affirmed the judgment and order appealed from.   It is therefore ordered in accordance with the aforesaid stipulation that in the case numbered No. 11 in the trial court, the judgment and order are affirmed.

Hall, J., and Cooper, P. J., concurred.